IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PARAG PATIL, and MUGDHA NANDEDKAR,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and LOREN K. MILLER, in their official capacity as Director of the Nebraska Service Center;<br><br>Defendants. | **4:21CV3287**<br><br>**ORDER** |

This matter comes before the Court on the plaintiffs' Notice of Dismissal Without Prejudice (Filing No. 16). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice. Filing Nos. 3, 10, and 12 are all denied as moot.

Dated this 9th day of November, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge